UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff | 08 CR 1323-BEN |
| vs. | CRIMINAL NO. 08 MJ 1117 |
| Bernal-Ibarra et al., Defendant(s) | ORDER RELEASING MATERIAL WITNESS |
| | Booking No. |

On order of the United States ~~District~~/Magistrate Judge, Ruben B. Brooks

IT IS HEREBY ORDERED that the following named person heretofore committed to the custody of the United States Marshal as a material witness be released from custody: (Bond Posted / Case Disposed / Order of Court).

Victor Manuel Martinez-Razo

2008 APR 24 PM 4:07

DATED: 4/24/08

Ruben B. Brooks

UNITED STATES DISTRICT/MAGISTRATE JUDGE

RECEIVED ____________ DUSM

OR

W. SAMUEL HAMRICK, JR. Clerk

by ____________ Deputy Clerk

CLERK'S OFFICE COPY
mc500 Crim-25 rev. 8-95

☆ U.S. GPO: 2003-581-774/70082